UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Somdy L., | Case No. 20-cv-1962 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Immigration and Customs Enforcement, | |
| Respondent. | |

This matter is before the Court on the October 21, 2020 Report and Recommendation (R&R) of the United States Magistrate Judge David T. Schultz. (Dkt. 11.) The R&R recommends denying as moot Petitioner Somdy L.'s petition for a writ of habeas corpus. Objections to the R&R have not been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 21, 2020 R&R, (Dkt. 11), is **ADOPTED**.

2. Petitioner Somdy L.'s Petition for a writ of habeas corpus, (Dkt. 1), is **DENIED AS MOOT**.

3. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 2, 2021                              s/Wilhelmina M. Wright
                                                     Wilhelmina M. Wright
                                                     United States District Judge